896

GABRIEL POLLACK, Respondent, v. FRANK BRIGUGLIO and YUKON REALTY Co., INC., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

JOHN RUMMELL, Plaintiff, Appellant, Respondent, v. CITY OF NEW YORK, Defendant, Appellant; JAMAICA BUSES, INC., Defendant, Respondent.— Motions for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

CLARA E. RUSSELL, Appellant, v. A. I. NAMM & SON, a Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

GEORGE W. AVERELL, Respondent, v. ETHEL MARY WISCHHUSEN, Also Known as ETHEL M. WISCHHUSEN, Appellant, and RONDIR ESTATE CORPORATION, ROBERT DASEY ASSOCIATES, INC., and ROBERT DASEY, Supplemental Defendants, Respondents.— In an action brought to foreclose a mortgage on real estate, judgment in favor of the plaintiff awarding foreclosure of the mortgage and sale of the mortgaged premises, and dismissing the defenses and counterclaims of Ethel Mary Wischhusen, here appellant, unanimously affirmed, with costs. The appeals from the decision dated January 21, 1938, from the findings of fact and conclusions of law therein contained, and from the refusal of the court to find the facts and conclusions of law proposed by the defendant-appellant, are severally dismissed. No appeal lies in any of these phases. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

LAURA BERNSTEIN, MURRAY BERNSTEIN, and YETTA BERNSTEIN, Respondents, v. JOSEPH COLTON, Appellant.— Order granting plaintiff's motion to strike out the paragraphs of the answer which allege a separate defense modified by providing that the motion be denied as to plaintiff Murray Bernstein and granted as to the other two plaintiffs. As thus modified the order is affirmed, without costs. Order denying defendant's motion to compel plaintiffs to serve a reply to the separate defense alleged in the answer modified by providing that the motion be granted as to plaintiff Murray Bernstein and denied as to the other two plaintiffs, and as thus modified affirmed, without costs. Plaintiff Murray Bernstein may serve a reply within five days from the entry of the order hereon. While it is true that the Municipal Court of the City of New York is without power to reform the terms of a written instrument, it appears from the allegations of the separate defense herein, which on these motions we deem to be true, that that court, in order to reach a decision in the action by plaintiff Murray Bernstein's subrogee against the defendant herein, had of necessity to decide the issue of whether or not the release represented the true agreement between the parties. The issue thus appears to be res judicata as to plaintiff Murray Bernstein. A reply to the separate defense may define the issue for the convenience of the court and the parties. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.